NUMBER 13-10-00197-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

GULF ISLAND
FABRICATION, INC. AND

GULF ISLAND, L.L.C.,                                                                Appellants,

 

                                                             v.

 

LUCINDA
F. FLORES, ET AL.,                              Appellees. 

____________________________________________________________

 

                           On
appeal from the 156th District Court 

                                   of
San Patricio County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

         Before Chief Justice Valdez and Justices Rodriguez and Benavides

Memorandum Opinion Per Curiam

Appellants,
Gulf Island Fabrication, Inc. and Gulf Island, L.L.C., perfected an appeal from
a judgment entered by the 156th District Court of San Patricio County, Texas,
in cause number S-08-5392-CV-B.  The parties have filed a joint motion to reverse
the judgment and remand to the district court on grounds that all matters in
controversy between them in this cause have been fully compromised and settled. 
The parties request that we reverse the trial court’s judgment without regard
to the merits and remand the case for implementation of settlement.

The
Court, having considered the documents on file and the joint motion to reverse
and remand, is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Accordingly,
the joint motion is granted.  We REVERSE the trial court=s judgment without regard to the merits, and REMAND this
case to the trial court for further proceedings in accordance with the parties’
agreement.  See Tex. R. App. P.
42.1(a)(2)(B), 43.2(d).

Costs
will be taxed against appellants.  See Tex.
R. App. P. 42.1(d) (“Absent agreement of the parties, the court will tax
costs against the appellant.”).  Having reversed the trial court’s judgment and
remanded the case at the parties’ request, no motion for rehearing will be
entertained.

Furthermore,
the parties request immediate issuance of our mandate.  See Tex. R. App. P. 18.1(c).  The motion is
GRANTED.  We direct the Clerk of the Court to issue the mandate immediately.  See
id.

 

PER
CURIAM

Delivered and filed the

16th day of June, 2011.